In re Duman, Louis; Engal, Herbert J.; Engal, Margaret; Goff, James F.; Hanna, Philip; Hilderband, R.A.; La Karnafeaux, Gerald A.; Low, S. Dell; Newman, Richard G.; Newman, Christen; O’Rourke, Edward M.; Porter, J. Charles; Porter, James S.; Thomas, Fayette; Thomas, Phyllis; Troch-man, Donald M.; Weiner, Gerald; Weiner, Barbara; Williamson, Harry; Williamson, Kay; J. David-Century 83 Ltd. Ptrsh.;— Plaintiff(s); applying for supervisory and/or remedial writs; Parish of Lafayette, 15th Judicial District Court, Div. “G”, No. 865297; to the Court of Appeal, Third Circuit, No. CW88-1031.
Denied.